IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**STEVEN MICHAEL WILLIAMS**,

    Plaintiff,

v.

**OREGON STATE HOSPITAL**, et al.,

    Defendants.

_____

**Civ. No. 6:13-cv-01864-TC**

**OPINION AND ORDER**

**MCSHANE, Judge**:

    Plaintiff, *pro se*, brings this action seeking damages for negligence against Oregon State Hospital[1] and various staff members. Plaintiff alleges that he was assaulted by a fellow patient while being treated at Oregon State Hospital. Judge Thomas M. Coffin issued a Findings and Recommendation (F & R) on December 18, 2013, recommending that plaintiff's complaint be dismissed because of claim preclusion. The matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    This Court reviews all portions of the F & R subject to objection *de novo*. 28 USC § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Bus. Machines Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Plaintiff timely filed objections to the F & R. Upon review, this Court finds no error in Judge Coffin's F & R, ECF No. 7. Plaintiff's negligence claim was previously dismissed with prejudice. *See Williams v. Oregon State Hosp.*, Case No. 13-cv-00944-TC, 2013 WL 6576194, at *1, *3 (Dec. 12, 2013).

---

[1] Oregon State Hospital is a psychiatric hospital with campuses in Salem and Portland, Oregon. *See* Oregon State Hospital, Overview, http://www.oregon.gov/oha/amh/osh/Pages/overview.aspx (last visited Apr. 9, 2014).

1 – OPINION AND ORDER

## CONCLUSION

This Court ADOPTS Judge Coffin's F & R, ECF No. 7, in full. Plaintiff Williams's complaint is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this 10th day of April, 2014.

                                       _____s/ Michael J. McShane_____
                                               **Michael J. McShane**
                                            **United States District Judge**